IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEFFREY A. DAVIS, | ) | CV 14-00483 SOM-BMK |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING MAGISTRATE |
| | ) | JUDGE'S FINDINGS AND |
| vs. | ) | RECOMMENDATION |
| | ) | |
| KHNL/KGMB, LLC a foreign | ) | |
| limited liability company; RAYCOM | ) | |
| MEDIA INC., a foreign limited | ) | |
| liability company; OAHU | ) | |
| PUBLICATIONS, INC., as a | ) | |
| domestic profit corporation; | ) | |
| UNIVERSITY OF HAWAII, as body | ) | |
| corporate; STATE OF HAWAII; | ) | |
| JOHN DOES 1-10; JANE DOES 1- | ) | |
| 10; DOE CORPORATIONS 1-10; | ) | |
| DOE PARTNERSHIPS 1-10; DOE | ) | |
| UNINCORPORATED | ) | |
| ORGANIZATIONS 1-10; DOE | ) | |
| GOVERNMENTAL AGENCIES 1- | ) | |
| 10 , | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on August 31, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Grant in Part Defendant University of Hawaii's Motion for

Attorneys' Fees" are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, September 22, 2015.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Jeffrey A. Davis v. KHNL/KGMB, et al., CV 14-00483 SOM-BMK
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION